UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAD W. TAYLOR, MD, PHD,

Plaintiff,

-against-

EDGAR C. GENTLE, III, ESQ.; KROLL RESTRUCTURING ADMINISTRATION,

Defendants.

24-CV-8103 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Tad Taylor, who is currently incarcerated at FCI Beaumont Low in Beaumont, Texas, filed the complaint initiating this *pro se* action on October 23, 2024. In the complaint, Plaintiff sought relief in connection with bankruptcy proceedings in *In re Endo Intl. plc*, No. 22-22549 (Bankr. S.D.N.Y.). By order dated November 8, 2024, the Court therefore referred this action, pursuant to the court's standing order of reference and 28 U.S.C. § 157(a), to the Bankruptcy Court. (ECF 3.) The Court's November 8, 2024 order closed this action in the district court. (*Id.*)

On September 2, 2026, the Court received from Plaintiff a letter stating that he wishes to "refil[e]" this action (ECF 7), together with a complaint dated August 21, 2026, that is otherwise identical to the complaint that he previously filed in this action (ECF 6). Plaintiff cannot initiate a new action by filing a complaint in this closed case. Accordingly, the Court directs that the complaint be opened as a new civil action.

**CONCLUSION**

The Court directs the Clerk of Court to remove Plaintiff's letter (ECF 7) and refiled complaint (ECF 6) from the docket in this closed action and to open the documents as a new civil action under a new docket number.

Any new submissions must be filed in the new civil action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 10, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge